■ ROBERT P. RUSHMORE et al., Respondents, v DALTON R. MILLER et al., Constituting the Board of Trustees of the Incorporated Village of Hempstead, et al., Appellants.—Judgment of the Supreme Court, Nassau County, entered November 13, 1974, affirmed, with costs, on the opinion of Mr. Justice Harnett at Special Term. Rabin, Acting P. J., Martuscello, Cohalan, Brennan and Munder, JJ., concur.

■ SCARSDALE NATIONAL BANK AND TRUST COMPANY, Respondent, v FRANLOU SHOE CORPORATION et al., Defendants, and ELAINE ADLER, as Administratrix of the Estate of FRED ADLER, Deceased, et al., Appellants.— In this action on a promissory note, the appeal is from an order of the Supreme Court, Westchester County, dated January 13, 1975, which granted plaintiff's motion for summary judgment against appellant Adler, individually and as administratrix. By written stipulation, dated April 4, 1975, the parties to the appeal, through their attorneys, have agreed that the order be modified in a manner set forth in the stipulation. In accordance with the stipulation, the order is modified by adding thereto a provision that the case proceed to trial at Trial Term of the Supreme Court, Westchester County, as to all parties, during the May Term, and that the judgment entered on the order, and the bond given as security, shall remain as security. As so modified, order affirmed, without costs. Gulotta, P. J., Rabin, Hopkins, Martuscello and Benjamin, JJ., concur.

■ GERTRUDE SCHACK, Respondent, v MARVIN SCHACK, Appellant. In an action for divorce, defendant appeals, as limited by his brief, from (1) two orders of the Supreme Court, Westchester County, entered on September 23, 1974 and September 30, 1974 respectively, each of which granted plaintiff's motion *inter alia* for temporary alimony, child support and counsel fees, and (2) from so much of a third order of the same court, entered October 18, 1974, as, upon reargument, adhered to the original determination. Appeals from the first two above-mentioned orders dismissed as academic. Those orders were superseded by the latter order. Order entered October 18, 1974 modified by adding thereto, at the end thereof, the following: "except that the award of temporary alimony and child support is reduced to the amount of $100 per week and the award of counsel fees is reduced to a total of $500, payable in installments of $250 each." As so modified, order affirmed insofar as appealed from, without costs. In our opinion the modification here ordered more readily accords with the rights of the parties as they appear from the papers submitted. Martuscello, Acting P. J., Latham, Cohalan, Christ and Shapiro, JJ., concur.